UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL **JS-6**

| Case No. | 5:24-cv-01017-CBM-SKx | Date | August 28, 2026 |
|---|---|---|---|

| Title | *Elroda Shavaya Thompson v. United States of America* |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: DISMISSAL**

On August 11, 2026, the Court ordered Plaintiff to show cause no later than August 21, 2026 as to why the case should not be dismissed for failure to prosecute and/or failure to comply with Court orders, specifically, the failure to file Plaintiff's witness list, exhibit list, memorandum of contentions of law, proposed findings of fact and conclusions of law, and failing to appear at the August 11, 2026 final pretrial conference. (Dkt. No. 58.) Plaintiff failed to respond to the order to show cause. Accordingly, this action is **dismissed without prejudice**.

**IT IS SO ORDERED.**

00 : 00

Initials of Deputy Clerk CMJ for VRV